STATE v. EVERETT CLINTON EDWARDS.

(Filed 18 April, 1951.)

APPEAL by defendant from *Parker, J.,* October Term, 1950, of WAKE. No error.

The defendant was charged with making an indecent exposure of his person on a public street in the City of Raleigh, in violation of Chapter 273, Public Laws 1941, now G.S. 14-190.

The jury returned verdict of guilty as charged, and from judgment imposing sentence the defendant appealed.

*Attorney-General McMullan and Assistant Attorney-General Bruton, and Charles G. Powell, Jr., Member of Staff, for the State, appellee.*

*E. D. Flowers and Robert W. Brooks for defendant, appellant.*

PER CURIAM. The defendant noted several exceptions to the ruling of the trial judge in the admission of testimony and to a portion of the charge to the jury, but on examination we find none of them of substantial merit.

The evidence was sufficient to support the verdict, and in the trial we find.

No error.